**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kiplyn Ronell Lebrun, a married woman, ) | No. CV-07-514-PHX-MHM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| First Magnus Financial Corporation dba ) Great Southwest Mortgage; Suzy Jackson ) and Brian Jackson, ) | |
| Defendants. ) | |

The undersigned conducted an Informal Telephonic Conference regarding the August 2, 2007 Settlement Conference scheduled in this matter. Present were Jonathan Dessaules, counsel for Plaintiff; Whitney Meister and Lori Higuera, counsel for Defendants. A Court reporter was not present nor were the proceedings tape recorded.

**IT IS ORDERED vacating** the August 2, 2007 Settlement Conference and resetting said conference for **Tuesday, September 11, 2007 at 2:00 p.m.**

**IT IS FURTHER ORDERED affirming** all orders contained within this Court's Settlement Conference Order (docket #17) except for the date and time of said conference.

DATED this 30th day of July, 2007.

Lawrence O. Anderson
United States Magistrate Judge